COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Donald Runnels
South West Reentry DOC No. 187611
P. O. Box 1056
Dequincy LA 70633

> Judgment on rehearing rendered and mailed to all parties or counsel of record on February 28, 2024

**REHEARING ACTION: February 28, 2024**

**Docket Number: 23   00416-KH**

**STATE OF LOUISIANA
VERSUS
DONALD RUNNELS**

**Writ Application from Allen Parish Case No. 2010-5578**

**BEFORE JUDGES:**

**Hon. Sharon Darville Wilson
Hon. Charles G. Fitzgerald
Hon. Wilbur L. Stiles**

As counsel of record in the captioned case, you are hereby notified that the ruling on the application for rehearing filed by **Donald Runnels** is:

**REHEARING DENIED.**  *See* Uniform Rules—Courts of Appeal,
Rule 2-18.7.

cc: Hon. Joe Green, Counsel for  the Respondent